UNITED STATES of America,
Plaintiff—Appellee,

v.

Christopher Joel BIGGERS,
Defendant—Appellant.

No. 03–10034.

United States Court of Appeals,
Ninth Circuit.

Submitted March 15, 2004.*

Decided March 26, 2004.

Howard J Zlotnick, USLV–Office of the U.S. Attorney, Las Vegas, NV, for Plaintiff–Appellee.

courts of this circuit except as provided by Ninth Circuit Rule 36–3.

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

Norman J. Reed, Esq., Robert M. Draskovich, Chtd., Las Vegas, NV, for Defendant–Appellant.

Before: B. FLETCHER, WARDLAW, and CLIFTON, Circuit Judges.

MEMORANDUM **

Christopher Joel Biggers appeals his conviction and 65–month sentence for bank robbery in violation of 18 U.S.C. § 2113(a). Pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), counsel for Biggers has filed a brief stating that he finds no meritorious issues, along with a motion to withdraw as counsel of record. No pro se supplemental brief or answering brief has been filed.

Our examination of the brief and our independent review of the record pursuant to *Penson v. Ohio,* 488 U.S. 75, 83, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), disclose no grounds for relief on direct appeal.

Accordingly, counsel's motion to withdraw is GRANTED and the district court's judgment is AFFIRMED.

---

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by Ninth Circuit Rule 36–3.

